IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01445-BNB

CYRIL ADAMS,

    Plaintiff,

v.

OFFICER HINES,

    Defendants.

ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that this case does not appear to be appropriate for summary dismissal.  Therefore, the case will be drawn to a presiding judge and, if applicable, to a magistrate judge.  *See* D.C.COLO.LCivR 8.1(c).  Accordingly, it is

ORDERED that this case shall be drawn to a presiding judge and, if applicable, to a magistrate judge.

DATED June 12, 2014, at Denver, Colorado.

BY THE COURT:

    s/Craig B. Shaffer
United States Magistrate Judge