IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01445-RM-KLM

CYRIL ADAMS,

    Plaintiff,

v.

OFFICER HINES,

    Defendant.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Subpeana [sic] Evidence** [#33][1] (the "Motion"). In the Motion, Plaintiff states: "I motion to supeana [sic] photographs, and anatomical reports" from "HRRMC, 550 Rainboa Dr., Salida, CO." *Motion* [#33] at 1. On August 21, 2014, the Court denied two similar motions explaining:

> Plaintiff, who proceeds in this matter pro se[2], is advised to consult the Federal Rules of Civil Procedure and the Local Rules of this Court. . . . [I]n this case discovery has not commenced. Plaintiff filed his Second Amended Complaint on July 16, 2014 [#20] and Defendant filed his Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(1) and 12(b)(6) [#24] (the "Motion to Dismiss") in response. If any claims remain after resolution of the Motion to Dismiss, the Court will schedule a Scheduling Conference to set deadlines for the parties to exchange information in accordance with the applicable rules. If Plaintiff would like to subpoena documents from a third party, he must do so in accordance with the applicable rules.

---

    [1] "[#33]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.

    [2] The Court must liberally construe pro se filings; however, pro se status does not excuse the obligation of any litigant to comply with the same rules of procedure that govern other litigants. *See Green v. Dorrell*, 969 F.2d 915, 917 (10th Cir. 1992); *see also Nielsen v. Price*, 17 F.3d 1276, 1277 (10th Cir. 1994). (footnote in original).

*Minute Order* [#28] at 1-2.  For the reasons stated in the Court's August 21, 2014 Minute Order [#28],

  IT IS HEREBY **ORDERED** that the Motion [#33] is **DENIED**.

  Dated:  January 6, 2015