# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

Civil Action No. 14-cv-01445-RM-KLM

CYRIL ADAMS,

    Plaintiff,

v.

OFFICER HINES,
COLORADO DEPARTMENT OF CORRECTIONS, and
BVCF STAFF,

    Defendants.

## ORDER

This matter is before the Court *sua sponte*. By Order dated March 25, 2015, the Court adopted the Recommendation of United States Magistrate Judge (ECF No. 44), with modification, and granted Defendant Hines' Motion to Dismiss. Plaintiff, however, was granted until April 8, 2015, in which to file an amended Eighth Amendment claim against Defendant Hines, and was advised that the failure to do so will result in the closure of this case. Plaintiff has not filed an amended complaint and the time to do so has expired.[1] It is therefore

**ORDERED:**

    (1) That Plaintiff's Eighth Amendment claim against Defendant Hines in his individual capacity is **dismissed with prejudice**; and

---

[1] The Court notes that, after the Recommendation was adopted, the Recommendation was returned as undeliverable to Plaintiff. (ECF No. 47.) Nonetheless, although Plaintiff proceeds *pro se*, it is his responsibility to notify the court of his change of address, D.C.COLO.LAttyR 5(c), and he has not done so.

(2)  That the Clerk of the Court shall enter judgment in favor of Defendants and against Plaintiff in accordance with the Court's March 25, 2015, Order (ECF No. 46), as modified by paragraph (1) above.

DATED this 21st day of April, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge